UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SCHMID CONSTRUCTION, INC.,

    Plaintiff,

v.                                          Case No: 5:22-cv-531-JSM-PRL

R.E. YATES ELECTRIC, INC.,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 21). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 21) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Schmid's petition to vacate the arbitration award (Dkt. 1) and its motion to permit limited discovery (Dkt. 19) is DENIED.

3. Yates' counter-petition to confirm the arbitration award (Dkt. 8) is GRANTED, and the Interim and Final Awards issued by Arbitrator Young are CONFIRMED.

4. Final judgment is entered in the principal amount of $259,948.45 (i.e., $17,186.95 from the Interim Award plus $242,761.50 from the Final Award).

5. Yates is awarded post-award, prejudgment interest on the principal amount of $259,948.45 beginning on September 3, 2022 (the day after the entry of the interim award) through the date of the final judgment.

6. Yates is awarded its attorneys' fees and costs incurred in this proceeding to respond to Schmid's Petition and to confirm the Interim and Final Awards.

7. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of March, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record